# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2022 JAN -3 PM 1:37

DEPUTY CLERK _____

**Plaintiff:** MICHAEL ANTHONY GOODLOE JR

**Civil Action No.:** 3-22CV0004-S

v. M.G.

**Defendant:** ~~OFFICE~~ OFFICE OF THE ATTORNEY GENERAL ~~LTTLE~~ /M.G. Agents + Principle

## COMPLAINT

Office of Attorney general is Depriving me of my Constitutional right to travel. The office has accepted Federal Note and Balance in full but has denied access to my passport and passport application because of 42 U.S.C. 652(k) pretaining to arrears of child support ~~this~~ claimed by attorney on record in fraud ~~of~~ for Michael Goodloe, Michal Goodloe III in collin county courts. I have standing in original jurisdicion ~~Article~~ Article 6 clause 3 Not M.G. protects me, Michael A. Goodloe Jr, from Constitutional Rights violation

\* Attach additional pages as needed.

**Date:** January 3rd 2022

**Signature:** _[signature]_

**Print Name:** MICHAEL ANTHONY ~~GOOD~~ GOODLOE JR

**Address (mailing):** 2808 crooked creek dr.

**City, State, Zip:** Carrollton, TX 75007 territory of Texas

**Telephone:** 213-910-3707